No. 1556. Sucesión Molfulleda, Apelante, v. Sucesión Ramos, Apelada.—Nulidad de expediente posesorio. San Juan, Sección Primera. Noviembre 10, 1916. *Desestimada la apelación.* En diciembre 21, 1916, *denegada reconsideración.*

---

No. 1074. El Pueblo, Apelado, v. García, Apelante.—Infracción artículo 260 del Código Penal.

No. 1077. El Pueblo, Apelado, v. Berríos.—Seducción.

San Juan, Sección Segunda. Noviembre 10, 1916. *Confirmadas las sentencias.*

---

No. 1078. El Pueblo, Apelado, v. López, Apelante.—Delito contra el derecho electoral. Ponce.

No. 1079. El Pueblo, Apelado, v. Cabán, Apelante.—Acometimiento y agresión con circunstancias agravantes. San Juan, Sección Segunda.

No. 1080. El Pueblo, Apelado, v. Manzanares, Apelante.—Infracción Ley de Farmacia. Guayama.

Noviembre 13, 1916. *Confirmadas las sentencias.*

---

No. 1557. González, Apelante-Apelado, v. Porto Rico Railway, Light & Power Co., Apelada-Apelante.—Indemnización de daños y perjuicios. San Juan, Sección Primera. Noviembre 13, 1916. *Desistidas las apelaciones.*

---

No. 1583. Fernández, Apelado, v. Pérez y Rodríguez et al., Apelantes.—Cobro de dinero. San Juan, Sección Segunda. Noviembre 14, 1916. *Desestimada la apelación.*

---

No. 1083. El Pueblo, Apelado, v. Sánchez, Apelante.—Alterar la paz. Humacao. Noviembre 21, 1916. *Confirmada la sentencia.*